**Electronically Filed
Supreme Court
SCWC-18-0000816
12-JUL-2021
11:27 AM
Dkt. 7 ODAC**

SCWC-18-0000816

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KARL L. FORSTER,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000816; CR. NO. 1PC161001251)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Valenciano, in place of Eddins, J., recused)

Petitioner/Defendant-Appellant Karl L. Forster's application for writ of certiorari filed on June 4, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 12, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Randal G.B. Valenciano

